_____

No. 95-3223SD
_____

United States of America,           *
                                    *
                Appellee,           *
                                    *   Appeal from the United States
        v.                          *   District Court for the District
                                    *   of South Dakota.
Kermit Fred Murschel, also          *
known as Kermit F. Maurchel,        *   [UNPUBLISHED]
                                    *
                Appellant.          *
_____

Submitted:  March 14, 1996

Filed:  April 10, 1996
_____

Before FAGG, JOHN R. GIBSON, and WOLLMAN, Circuit Judges.
_____


PER CURIAM.


      Kermit Fred Murschel appeals his bankruptcy fraud convictions.
Murschel raises several contentions related to the government's failure to
prove he was the person who made the false statements and filed the false
schedules, the sufficiency of the evidence to support the jury's
convictions, and the admissibility of evidence offered by Murschel.  A
review of the record shows that Murschel's contentions are without merit.
Because the appeal involves the straightforward application of settled
principles of law, a discussion of the issues will serve no useful purpose.
Thus, we affirm Murschel's convictions without an extended opinion.  See
8th Cir. R. 47B.


      A true copy.


         Attest:


              CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.